Lara R. Shapiro (SBN 227194)
4335 Marina City Dr. # 742
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Shapiro.lara@gmail.com
Attorney for Plaintiff, Lindsay Lawson



IT IS SO ORDERED
Judge Maria-Elena James

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**LINDSAY LAWSON,**

Plaintiff,

vs.

**DIVERSIFIED COLLECTION SERVICES, INC., et. al.,**

Defendant.

CASE NO.: 3:11-cv-04929-MEJ

**NOTICE OF SETTLEMENT**

Please take notice that the parties have settled the case in its entirety and the Plaintiff will file a dismissal within thirty (30) days.

Dated: January 2, 2012     LARA SHAPIRO

   __/s/ Lara Shapiro____
Lara Shapiro, Attorney for Lindsay Lawson

All pending dates are VACATED.