Lara R. Shapiro (SBN 227194)
4335 Marina City Dr. # 742
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Shapiro.lara@gmail.com
Attorney for Plaintiff, Lindsay Lawson



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDSAY LAWSON,** | CASE NO.: 3:11-cv-04929-MEJ |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **DIVERSIFIED COLLECTION SERVICES, INC., et. al.,** | |
| Defendant. | |

    Please take notice that the parties have settled the case in its entirety and the Plaintiff will file a dismissal within thirty (30) days.

    Dated: January 2, 2012     LARA SHAPIRO

                                  __*/s/ Lara Shapiro*____
                    Lara Shapiro, Attorney for Lindsay Lawson

All pending dates are VACATED.