Lara R. Shapiro (SBN 227194)
4335 Marina City Dr. # 742
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Shapiro.lara@gmail.com
Attorney for Plaintiff, Lindsay Lawson

*GRANTED*
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**LINDSAY LAWSON,**

Plaintiff,

vs.

**DIVERSIFIED COLLECTION SERVICES, INC., et. al.,**

Defendant.

CASE NO.: 3:11-cv-04929-MEJ

**VOLUNTARY DISMISSAL**

Please take notice that the Plaintiff dismisses her case with prejudice pursuant to FRCP 41(a)(1).

Dated: January 6, 2012     LARA SHAPIRO

__/s/ Lara Shapiro____
Lara Shapiro, Attorney for Lindsay Lawson