1  Lara R. Shapiro (SBN 227194)
2  4335 Marina City Dr. # 742
   Marina del Rey, CA 90292
3  Telephone: (310) 577-0870
4  Facsimile: (424) 228-5351
   Shapiro.lara@gmail.com
5  Attorney for Plaintiff, Lindsay Lawson

*GRANTED*
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LINDSAY LAWSON,** | CASE NO.: 3:11-cv-04929-MEJ |
| Plaintiff, | **VOLUNTARY DISMISSAL** |
| vs. | |
| **DIVERSIFIED COLLECTION SERVICES, INC., et. al.,** | |
| Defendant. | |

Please take notice that the Plaintiff dismisses her case with prejudice pursuant to FRCP 41(a)(1).

Dated: January 6, 2012     LARA SHAPIRO

   __/s/ Lara Shapiro____
Lara Shapiro, Attorney for Lindsay Lawson